# CIMINO LAW, LLC
## ATTORNEY AT LAW

◆

376 Hollywood Ave., Suite 206
Fairfield, NJ 07004
tel: 862.210.8036 • fax: 862.210.8041

ALYSSA A. CIMINO
Direct dial: 862.210.8036

email: acimino@aciminolaw.com
Attorney ID: 009742006

April 21, 2025

Hon. Esther Salas, U.S.D.J.
Martin Luther King Building
and U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

      Re: **United States v. Nicco Romanowski**
           **Crim. No. 23-cr-01075 (ES)**

Dear Judge Salas:

    We represent Nicco Romanowski in the above-referenced matter. As Your Honor may recall, Mr. Romanowski was sentenced before the Court on April 16, 2025 at which time Your Honor directed that Mr. Romanowski self-surrender to his assigned BOP facility on July 1, 2025.

    Mr. Romanowski writes to respectfully request that his self-surrender date be moved to August 1, 2025. Based upon his sentence of 80 months of imprisonment, he believes the extra month is necessary in order to get his affairs in order prior to beginning his sentence.

    We have obtained the consent of Katherine Romano, AUSA regarding this request.

    We thank the Court for its consideration of this request.

                        Respectfully submitted,

                        CIMINO LAW, LLC

                        _s:/ Alyssa A. Cimino_
                         Alyssa A. Cimino

cc:    Katherine Romano, AUSA via ECF
       Shannon DiSilva, USPO via ECF